AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennelly, Matthew F | Northern District of Illinois | 04/28/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |

| 5b. ☐ Amended Report |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 219 South Dearborn Street Chicago, Illinois 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Lawyers Club of Chicago (bar organization) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | City of Evanston, Illinois |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Conference Institute | faculty member at seminar on Sept. 26-27 - New York, NY (transp., food, lodging) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Union League Club of Chicago | Honorary membership (reduced dues) | $ 1800 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior discl | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMCAP Fund mutual fund | A | Dividend | K | T | | | | | |
| 2. Growth Fund of America mutual fund | B | Dividend | M | T | | | | | |
| 3. Fundamental Investors mutual fund | B | Dividend | M | T | | | | | |
| 4. Investment Co. of America mutual fund | C | Dividend | L | T | | | | | |
| 5. Washington Mutual Investors mutual fund | C | Dividend | L | T | | | | | |
| 6. Europacific Growth Fund mutual fund | D | Dividend | M | T | | | | | |
| 7. New Perspecive Fund mutual fund | D | Dividend | M | T | | | | | |
| 8. Smallcap World Fund mutual fund | B | Dividend | L | T | | | | | |
| 9. MFS Municipal Bond Fund mutual fund | C | Dividend | L | T | | | | | |
| 10. Tax Exempt Bond Fund of America mutual fund | B | Dividend | K | T | | | | | |
| 11. Van Kampen Insured Tax Free Income Fund mutual fund | B | Dividend | K | T | | | | | |
| 12. Baird Insured Deposit - held at M&I Bank | B | Interest | L | T | | | | | |
| 13. Fidelity Cash Reserves - money mkt fund | D | Dividend | N | T | | | | | |
| 14. Fidelity Growth & Income mutual fund | C | Dividend | K | T | | | | | |
| 15. Bank One bank accounts | A | Interest | J | T | | | | | |
| 16. Bank One checking account | | None | J | T | | | | | |
| 17. Intermountain Power Agy. of Utah bonds | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State of Illinois General Oblig. College Sav. Bonds | | None | J | T | part rdmp. | 8/1 | J | | |
| 19. U.S. Savings Bonds | | None | J | T | | | | | |
| 20. AMCAP Fund mutual fund (IRA) | B | Dividend | K | T | | | | | |
| 21. Growth Fund of America mutual fund (IRA) | A | Dividend | K | T | | | | | |
| 22. Investment Co. of America mutual fund (IRA) | D | Dividend | M | T | partial sale | 10/25 | K | | |
| 23. Washington Mutual Investors mut. fund (IRA) | B | Dividend | K | T | | | | | |
| 24. Europacific Growth Fund mutual fund (IRA) | D | Dividend | M | T | partial sale | 10/25 | K | | |
| 25. Smallcap World Fund mutual fund (IRA) | | None | L | T | buy | 10/25 | K | | |
| 26. Bond Fund of America mutual fund (IRA) | D | Dividend | M | T | | | | | |
| 27. Mason Street Agressive Growth mutual fund (IRA) | D | Dividend | M | T | | | | | |
| 28. Frank Russell Real Estate Secs Fund mut. fund (IRA) | E | Dividend | M | T | | | | | |
| 29. Baird Insured Deposit money mkt fund -held at M&I Bank (IRA) | A | Dividend | J | T | | | | | |
| 30. Northwestern Mutual Extra Ordinary Life ins. policy | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 04/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Gifts: Following my appointment in 1999, I received an honorary "judicial privilege" membership at the Union League Club of Chicago. The reported value consists of the approximate difference between my monthly membership dues and those charged to regular members.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ 4-28-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544